# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1909

_____

United States of America

*Plaintiff - Appellee*

v.

Jose Luis Sanchez Adame

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 15, 2015
Filed: January 21, 2015
[Unpublished]

_____

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Jose Luis Sanchez Adame (Adame) challenges his sentence imposed by the district court[1] after he pleaded guilty to conspiracy to

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

distribute 500 grams or more of a mixture or substance containing methamphetamine, and 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. In a brief filed under *Anders v. California*, 386 U.S. 738 (1967), counsel argues that Adame's 120-month prison sentence, a sentence below the Guidelines imprisonment range of 188-235 months, is unreasonable. The argument fails, because 120 months was the statutory minimum, the shortest sentence possible absent a government motion. *See* 21 U.S.C § 841(b)(1)(A); *United States v. Woods*, 717 F.3d 654, 659 (8th Cir. 2013) (standard of review; statutory mandatory minimum sentence was shortest sentence possible absent government motion, and was not substantively unreasonable). To the extent Adame's pro se brief asserts a challenge to the district court's application of an aggravating-role enhancement in determining Adame's Guidelines imprisonment range, the enhancement had no bearing on his ultimate sentence.

We have independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues. Accordingly, we affirm the district court's judgment.

_____